JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR SYLVIA J. BASS | Case Nos. 2:25-cv-12261-FLA<br>2:25-bk-19111-WB<br><br>**ORDER DISMISSING APPEAL WITHOUT PREJUDICE [DKT. 9]** |

On July 31, 2026, the court Ordered Appellant Sylvia J. Bass ("Appellant") to show cause ("OSC") in writing by August 14, 2026, why the appeal should not be dismissed for failure to: (1) conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A), as required by Fed. R. Bankr. P. 8003(a)(3)(A); (2) include a copy of the judgment or order from which the appeal is taken, as required by Fed. R. Bankr. P. 8003(a)(3)(B); (3) pay the Notice of Appeal filing fee, as required by Fed. R. Bankr. P. 8003(a)(3)(C); and (4) file a designation of the items to be included in the record on appeal and a statement of the issues, as required under Fed. R. Bankr. P. 8009(a)(1)(B). Dkt. 9. The court advised Appellant that failure to respond timely shall result in the dismissal of the appeal without further notice from the court. *Id.* Appellant did not file a response timely.

Accordingly, the court DISMISSES the subject appeal without prejudice. *See* Fed. R. Civ. P. 41(a)(2). The OSC is DISCHARGED.

IT IS SO ORDERED.

Dated: August 24, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge